JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENJAMIN FELLOWS,<br><br>            Petitioner,<br><br>    v.<br><br>GIGI MATTESON,<br><br>            Respondent. | CASE NO. 2:20-cv-02034-AB (SK)<br><br>**JUDGMENT** |

Pursuant to the Order Dismissing Habeas Petition, **IT IS ADJUDGED** that this action is dismissed without prejudice.

DATED: May 18, 2020

_____
HON. ANDRE BIROTTE JR.
U.S. DISTRICT JUDGE